*JH*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Eastern, Divi

**F I L E D**

LCW

**NOV 07 2017**
11-7-17
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**17 CV 8052**
**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MARTIN**

|  |  |
|---|---|
| JERMAINE USHER | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) |
| **-v-** | ) ) |
| UNITED STATES OF AMERICA DEPARTMENT OF NAVY | ) ) ) |
| _Defendant(s)_ | ) ) |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) |

Jury Trial: _(check one)_ ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.**    **The Parties to This Complaint**

    **A.**    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JERMAINE USHER |
| Street Address | 939 NEW YORK STREET |
| City and County | WAUKEGAN, LAKE CO. |
| State and Zip Code | IL 60085 |
| Telephone Number | 847-693-9731 |
| E-mail Address | |

    **B.**    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

    Name                                  UNITED STATES OF AMERICA DEPARTMENT OF NAVY

    Job or Title *(if known)*

    Street Address                      530 FARRAGUT AVENUE, B

    City and County                  GREAT LAKES, LAKE COUNTY

    State and Zip Code            IL 60088

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)*     JERMAINE USHER                              , is a citizen of the State of *(name)*    ILLINOIS                                        .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*                                         , is incorporated under the laws of the State of *(name)*                                        ,

and has its principal place of business in the State of *(name)*                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*                                       , is a citizen of the State of *(name)*                                    . Or is a citizen of *(foreign nation)*                                    .

2.     If the defendant is a corporation

The defendant, *(name)*    United States of America Department of Navy   , is incorporated under the laws of the State of *(name)*                                  , and has its principal place of business in the State of *(name)*                                 .

Or is incorporated under the laws of *(foreign nation)*                                  ,

and has its principal place of business in *(name)*                                 .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff suffered damages more than $75,000.00 in auto accident with federal employee.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*     03/06/2016     , at *(place)*   Northbound U.S. Route.41 and IL Route 22                                    ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

My client Jermaine Usher was stopped at Northbound U.S. Rt. 41 and IL Rt. 22 when Clarence Medina a federal employee was on his way to work at the Great Lake Naval Station within the scope of employment when he rear-ended the plaintiff.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Clarence Medina falling asleep behind the wheel and rear-ending Jermaine Usher vehicle

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Caused personal injuries including past and future medical bills, past loss wages, disability, loss of normal life past and future pain and suffering.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:          11/06/2017

Signature of Attorney
Printed Name of Attorney    Michael Zweig
Bar Number            6189320
Name of Law Firm        Ferris, Thompson & Zweig
Street Address            1 E. Wacker Drive, Ste. 510
State and Zip Code        IL 60601
Telephone Number        312-836-0777
E-mail Address            mz@ftzlaw.com