**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Jermaine Usher

                                          Plaintiff,

v.                                                        Case No.: 1:17−cv−08052
                                                               Honorable Joan B. Gottschall

United States of America Department of Navy

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 7, 2019:

      MINUTE entry before the Honorable Joan B. Gottschall: Case called for status. Plaintiff Jermaine Usher did not appear. The case is dismissed for want of prosecution. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.