

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

17 cv 8052 # 57
Jelmaine Usher

NIXIE 601 FE 1 0005/18/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

US POSTAGE $000.50
06/07/2019
ZIP 60604
041M11270962

2019 JUN 21 AM 8: 19